Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
910 Florin Road #111
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Eric & Stacey Toles

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN THE MATTER OF         CASE# 09-32527-D-13L

ERIC TOLES               DOCKET CONTROL #PGM-2
SS# XXX-XX-0144
                         DATE: NOVEMBER 10, 2009
STACEY TOLES             TIME: 1:00 P.M.
SS# XXX-XX-7177          DEPT: D - COURTROOM 34
                         HONORABLE JUDGE BARDWIL
        Debtors        /

**MOTION TO VALUE COLLATERAL OF
WELLS FARGO FINANCIAL NATIONAL BANK**

Debtors, Eric and Stacey Toles by and through their attorney of record, move the Court herein to value the collateral securing Debtors' indebtedness to Wells Fargo Financial National Bank, to wit a table set. This Motion is based on the following:

1. The Debtors value the collateral at $100.00 with the balance of the loan to be treated as general unsecured, Class 7.

2. The value of the collateral was determined by the debtors' own personal knowledge of the furniture.

3. Debtors' schedules and Plan, signed under penalty of perjury and incorporated herein by this reference, state the value of the collateral at the time of filing. Refer to Exhibit "A" for

a copy of the Attachment to Plan M-3, filed herewith.

## Points and Authorities

Debtors may testify regarding the value of the property owned by the Debtor and have done so through the Schedules and Plan. Fed. R. Evid. 701: <u>So. Central Livestock Dealers, Inc. v. Security State Bank,</u> 614 F.2d 1056, 1061 (5th Cir. 1998).

An adversary complaint is not necessary to value this collateral. <u>In re Laskin</u> 98 D.A.R. 8483 (B.A.P. 9th Cir. 1998).

Based on the foregoing, Debtors respectfully request that this Motion be granted.

Dated: October 7, 2009        /s/ Peter G. Macaluso
                                      Peter G. Macaluso, Attorney at Law