FILED
October 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002142593

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
910 Florin Road #111
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Eric & Stacey Toles

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN THE MATTER OF                    CASE# 09-32527-D-13L

ERIC TOLES                          DOCKET CONTROL #PGM-2
SS# XXX-XX-0144
                                    DATE: NOVEMBER 10, 2009
STACEY TOLES                        TIME: 1:00 P.M.
SS# XXX-XX-7177                     DEPT: D - COURTROOM 34
                                    HONORABLE JUDGE BARDWIL
_____Debtors_____/

**EXHIBITS ON MOTION TO VALUE COLLATERAL**

**OF WELLS FARGO FINANCIAL NATIONAL BANK**

Attached hereto and marked accordingly are the Exhibits in support of the Motion to Value Collateral:

Exhibit A    Attachment M-3 to Plan

-1-

MOTIONS TO VALUE COLLATERAL
(Pursuant to subsections (a) and (d) of 11 U.S.C. § 506
and Federal Rule of Bankruptcy Procedure 3012)

(A separate motion must be filed as to each creditor)
NUMBER OF MOTIONS TO VALUE COLLATERAL IN THIS PLAN: **2**

---

**NOTICE IS HEREBY GIVEN** that Debtor requests the court to value the property described below. This property secures the claim of the creditor named below. Debtor also requests that the amount of the creditor's secured claim not exceed the value of its security, less the claims of creditors holding senior liens or security interests. This determination will supercede any greater secured claim demanded in a proof of claim. Any objections to the creditor's claim are reserved and will be filed after the creditor has filed a proof of claim. In the opinion of the debtor, the collateral has the replacement value indicated below.

Name of the creditor whose collateral is being valued by this motion:
**Wells Fargo - Room Source**

Total amount of this creditor's claim: $1,200.00

Description of collateral [*For vehicles include the mileage on the date of the petition and a list of optional equipment. For real property, state the street address and a brief description of it such as "single family residence" or "ten-acre undeveloped lot"*]:

table set - purchased more than 1 yr ago

The amount owed to and the name of all creditors holding liens or security interests senior to the lien or security interest of the above-named creditor:

| Name of Creditor | Amount of Claim |
|---|---|
| | |

Debtor's opinion of the collateral's "replacement value": $100.00
    [as defined and limited by section 506(a)(2)]
Other information relevant to the resolution of this motion:

I (we) declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: **October 6, 2009**

/s/Eric Toles
Debtor

/s/Stacey Toles
Joint Debtor