**3**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
910 Florin Road #111
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | CASE# 09-32527-D-13L |
| ERIC TOLES<br>SS# XXX-XX-0144 | DOCKET CONTROL #PGM-2 |
| STACEY TOLES<br>SS# XXX-XX-7177 | DATE: NOVEMBER 10, 2009<br>TIME: 1:00 P.M.<br>DEPT: D - COURTROOM 34<br>HONORABLE JUDGE BARDWIL |
| _____Debtors_____/ | |

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:

That I am a citizen of the United States, over the age of 18 years, and not a party to the within cause. My business address is 910 Florin Road #111 Sacramento, CA 95831-5259.

That on __October 8, 2009__, I served the **NOTICE OF HEARING, MOTION TO VALUE COLLATERAL OF WELLS FARGO FINANCIAL NATIONAL BANK, AND EXHIBITS IN SUPPORT OF MOTION,** by depositing a true copy thereof enclosed in a sealed envelope with the postage thereon full prepaid, in the United States mail at Sacramento, CA 95831. Addressed as follows:

U.S. TRUSTEE
501 I STREET 7TH FLOOR
SACRAMENTO, CA 95814

CHAPTER 13 TRUSTEE
P.O. BOX 1858
SACRAMENTO, CA 95812-1858

WELLS FARGO FINANCE/ROOM SOURCE
**Officer, managing or general agent, or person authorized to receive service of process**
800 WALNUT STF-4030-04c
DES MOINES, IA 50309

WELLS FARGO FINANCIAL NAT'L BANK
**Officer, managing or general agent, or person authorized to receive service of process**
4137 121ST ST.
URBANDALE, IA 50323

-1-

FILED
October 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002142592

| | |
|---|---|
| 1 | WELLS FARGO FINANCIAL NATIONAL BANK    http://www2.fdic.gov |
| 2 | **Officer, managing or general agent, or person authorized to receive service of process** |
| 3 | 4455 SPRING MOUNTAIN ROAD<br>LAS VEGAS, NV 89102 |
| | **VIA CERTIFIED MAIL#** 7008 1300 0001 3570 6414 |

```
1   WELLS FARGO FINANCIAL NATIONAL BANK       http://www2.fdic.gov
    Officer, managing or general agent, or person
2   authorized to receive service of process
    4455 SPRING MOUNTAIN ROAD
3   LAS VEGAS, NV 89102
    VIA CERTIFIED MAIL# 7008 1300 0001 3570 6414
4
    ERIC W. & STACEY K. TOLES
5   9464 FAIRLIGHT COURT
    ELK GROVE CA 95758
6
         I declare under penalty of perjury that the foregoing is true
7   and correct, and that this declaration was executed at Sacramento,
    California.
8
                                          /s/ Alexa Burgess
9                                            DECLARANT
```

Back to Search Bank Find

## Your Bank at a Glance

### Wells Fargo Financial National Bank (FDIC Cert: 27389) **is FDIC Insured.**

**Wells Fargo Financial National Bank** has been FDIC insured since **December 1, 1988.**
It was established on **December 1, 1988.**
Its main office (headquarters) is located at:
      4455 Spring Mountain Road
      Las Vegas, Nevada 89102
      County of Clark

**Wells Fargo Financial National Bank** has **1** Domestic Branches (Offices) located in **1** state(s) and **0** Foreign (Check to locate Branches (Offices) by state.)

Wells Fargo Financial National Bank's reported (or primary) website: http://www.wellsfargofinancial.com:80/

**Wells Fargo Financial National Bank** is chartered as a National Bank. Therefore the primary regulator is the the Comptroller of the Currency (OCC). For **consumer assistance** regarding an issue with this institution, contact the **OCC** directly using http://www.helpwithmybank.gov/.

    Calculate your FDIC insurance coverage at Wells Fargo Financial National Bank using FDIC EDIE at www.fdic.gov/ec
    Last financial information available about Wells Fargo Financial National Bank.
    Historical profile of Wells Fargo Financial National Bank.

    For additional information please click on one of the following:
     1. For more information on Federal Deposit Insurance, Your Insured Deposits or Insured or Not Insured
     2. View the industry's overall picture - Statistics at a Glance
       (This will open a new window.)
      3. Current Financial data about your bank - Institution Directory – Two years Financial Report
       (This will open a new window.)
     4. Examine your bank's financial data - CALL/TFR Financial Information *6/30/2009 Latest Available*
     5. Study branching and deposit market share - Summary of Deposits/Market Share
     6. Analyze and compare individual institutions and create custom reports - Institution Directory – Compa
     7. Review industry using 8 predefined reports - Statistics on Depository Institutions
     8. Identify the latest performance trends in your state - Quarterly Banking Profile State Tables
       (This will open a new window.)
     9. Analyze institutions and custom peer groups - Statistics on Depository Institutions
    10. View branch office deposit information - Summary of Deposits
    11. Community Reinvestment Act (CRA) Performance Ratings - CRA Performance Ratings
    12. FDIC's Disclaimer - FDIC's Disclaimer

                                Questions, Suggestions & Requests

Home   Contact Us   Search   Help   SiteMap   Forms
Freedom of Information Act (FOIA) Service Center   Website Policies   USA.gov
FDIC Office of Inspector General

http://www2.fdic.gov/idasp/frmBankAtGlance.asp?inCert1=27389&Status=Y&InstName=...   10/7/2009